FORM B1

# United States Bankruptcy

Northern _____ District of _____ Illinois

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): **Pearce, Ta Aqua** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Pearce, Timothy** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): **Pearce, Ta Aqua Flex** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): **... .. 6109** | Soc. Sec./Tax I.D. No. (if more than one, state all): **... .. 1163** |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **2025 S. 24th Avenue Broadview, Il. 60155-2821** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): **2025 S. 24th Avenue Broadview, Il. 60155-2821** |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor (Check all boxes that apply)**
☒ Individual(s)   ☐ Railroad
☐ Corporation   ☐ Stockbroker
☐ Partnership   ☐ Commodity Broker
☐ Other

**Nature of Debts (Check one box)**
☒ Consumer/Non-Business   ☐ Business

**Chapter 11 Small Business (Check all boxes that apply)**
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box)**
☐ Chapter 7   ☐ Chapter 11   ☒ Chapter 13
☐ Chapter 9   ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Filing Fee (Check one box)**
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information (Estimates only)**
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expense be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000 |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to 50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 mil |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 mil |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 09/13/2004
Time: 14:40:05
Debtor: TA-AQUA F PEARCE
Case: 04-33797        Fee : 194
Chapter: 13 Rec. # : 3100643
341 mtg: 10/12/2004 @ 01:30PM
ConfHrg: 10/14/2004 @ 10:30AM
Trustee: TOM VAUGHN

1:04BK33797-BK001

(Official Form 1) (9/97)

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): FORM B1, Page 2

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_Signature of Debtor_

_Signature of Joint Debtor_ Timothy Pearce

Telephone Number (If not represented by attorney)

Date: 9-2-04

### Signature of Attorney

Signature of Attorney for Debtor(s)
E. PAUL RUSTIN

Printed Name of Attorney for Debtor(s)
E. PAUL RUSTIN, LTD.

Firm Name
120 W. Madison Street

Address
Chicago, Il. 60602

(312) 346-8438

Telephone Number
9-4-04

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

Signature of Bankruptcy Petition Preparer

Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Signature of Attorney for Debtor(s)  9-4-04  Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $30 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are eligible for chapter 13 only if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $30 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

I, the debtor, affirm that I have read this notice.

Sept 2, 2004
Date

Signature of Debtor

Case Number

DISTRIBUTION:

COURT

B 203
(1/88)

# United States Bankruptcy Court

## Northern District of Illinois

In re

Ta Aqua Pearce

Timothy Pearce                                    Bankruptcy Case No.

Debtor

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept : Fee$2000 & Costs $ 194 =   $ 2194

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 500

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 1694

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   ~~Except: If an adversary proceeding is filed against debtor(s), affiant may decline to defend debtor(s) therein, and if he elects to do so, reserves the right to negotiate/receive additional fees~~

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this proceeding.

9-4-04
Date

F. PAUL DUSTIN

In re:                                                                                    Debtor(s)        Case No.

                                                                                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that

they are true and correct to the best of my knowledge, information, and belief.                    (Total shown on summary page plus 1.)

Date        9-2-04                                        Signature: _____

                                                                                                            Debtor

Date        9-2-04                                        Signature: _____

                                                                                                    (Joint Debtor, if any)

                                                                        (If joint case, both spouses must sign.)


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an

authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case,

declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and

that they are true and correct to the best of my knowledge, information, and belief.                    (Total shown on summary page plus 1.)


Date                                                            Signature: _____

                                                                        (Print or type name of individual signing on behalf of debtor.)



                    (An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)




Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Pearce

5

In re:                                    Debtor(s)      Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Debtor(s) [ X ] does [ ] does not have an interest in the homestead residence address shown on the Voluntary Petition filed herein. 2025 S. 24th Street Broadview, Il. | fee simple | j | $140,000 | $84,000 (pay outside of Plan.) Arrearage claim: $ 2,400.00 pay in PLan. |
| Other realty, if any: | | | | |

Total -> $ 140,000.00

(Report also on Summary of Schedules.)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY NONE, UNLESS OTHERWISE STATED BELOW | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | Harris Bank, Chicago,Il.( ckg.) | | $ 125.00 |
| 3 Security deposits with public utilities, telephone companies, landlords, and others. | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | 5    rooms of furniture and appliances. | | $ 200.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | |
| 6. Wearing apparel. | clothing | | exempt |
| 7. Furs and jewelry. | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each | Universal Life Ins. Co.(death benefit benefit:$25,000).  No cash value..... Term life policy through employer..... (death benefit:$30,000.) | | -0- -0- |

SCHEDULE B
PERSONAL PROPERTY                 6

In re.                                                    Debtor(s)        Case No.                    (if known)

| TYPE OF PROPERTY | | DESCRIPTION AND LOCATION OF PROPERTY NONE, UNLESS OTHERWISE STATED BELOW | H W J C | CURRENT MARKET VALUE OF DEBTORS INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10 Annuities. Itemize and name each issuer. | | | | |
| 11 Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | | 401(k) Plan through employer , The Harris Bank. | W | $15,000 |
| 12 Stock and interests in incorporated and unincorporated businesses. Itemize | | | | |
| 13 Interest in partnerships or joint ventures. Itemize | | | | |
| 14 Government and corporate bonds and other negotiable and nonnegotiable instruments | | | | |
| 15 Accounts receivable. | | | | |
| 16 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars | | | | |
| 17 Other liquidated debts owing debtor including tax refunds. Give particulars | | | | |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | | | | |
| 19 Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 21 Patents, copyrights, and other intellectual property. Give particulars | | | | |
| 22 Licenses, franchises, and other general intangibles. Give particulars | | | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories | | 2000 Honda sedan     (payable thru Plan + interest.) | j | $ 17,000 |
| 24 Boats, motors, and accessories | | | | |
| 25 Aircraft and accessories | | | | |
| 26 Office equipment, furnishings, and supplies | | | | |
| 27 Machinery, fixtures, equipment, and supplies used in business | | | | |
| 28 Inventory | | | | |
| 29 LIVE STOCK | | | | |
| 30 Crops - growing or harvested. Give particulars. | | | | |
| 31 Farming equipment and implements. | | | | |
| 32 Farm supplies, chemicals, and feed | | | | |
| 33 Other personal property of any kind not already listed. Itemize | | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)     Total -> $ | 30,325

_____ continuation sheets attached

Pearce                    7

fn ie                                                Debtor(s)      Case No             (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.
☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| HOMESTEAD<br>(see Schedule A )<br><br>2025 S. 24hh Ave.,<br>Broadview, Il. | Ch. 110. para. 12-901<br>IL Rev. Stat. | Debtor - $7500.00<br>Spouse - $7500 | $140,000 |
| AUTO<br>(see Schedule B )<br>'02 Honda sedan | Ch. 110. para 12-1001<br>IL Rev. Stat. | Debtor - $1200.00<br>Spouse $1200 | $17,000 |
| PERSONAL PROPERTY INCLUDING FURNITURE, ANY FUNDS HELD BY EMPLOYERS PURSUANT TO A WAGE ASSIGNMENT OR GARNISHMENT AND ANY INCOME TAX REFUND<br>(see Schedule B )<br>Ckg. acct..........$125.<br>Furniture       $200, | Same | Debtor - $2000.00<br>Spouse $2000 | $ 325.00 |
| TOOLS OF TRADE &<br>PROFESSSIONAL BOOKS | Same | $750.00 | |
| PERSONAL INJURY<br>CLAIM, IF ANY<br>(see Schedule B ) | Same | $7500.00 | |
| WORKER'S COMPENSATION CLAIMS, IF ANY<br>(see Schedule B ) | Ch.48,para. 138.21<br>Il. Rev. Stat. | 100% | |
| Retirement/pension or profit sharing trust acct if any : 401(k) Plan. | Ch.110, para.12-1006 | 100% | $15,000 |
| Proceeds & cash value of life insurance policies/ annuity contracts payable to dependent of insured, if any. | Ch.110, para .12-1001 | 100% | |

8

In re  Ta Aqua Flex PEARCE and Timothy PEARCE        Debtor(s)        Case No        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CUD | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| CitiMortgage, Inc.<br>***8671-2<br>PO Box 8003<br>South Hackensack, NJ 07606-8003 | | | mortgage on residence<br><br>VALUE $ | U | 56,019.96<br>(pay outside of Plan) | |
| CitiMortgage, Inc.<br>***8671-2<br>PO Box 8003<br>South Hackensack, NJ 07606-8003 | | | mortgage on residence<br>(Arrearage)<br>VALUE $ | U | 2,400.00 | |
| Transouth<br>***1901<br>PO Box 1437<br>Minneapolis, MN 55440-1437 | | | 2000 Honda CRV<br><br>VALUE $ | U | 16,571.99<br>+<br>interest as stated in Plan. | |
| | | | <br>VALUE $ | U | | |
| | | | <br>VALUE $ | U | | |
| | | | <br>VALUE $ | U | | |
| | | | <br>VALUE $ | U | | |
| | | | <br>VALUE $ | U | | |
| | | | <br>VALUE $ | U | | |

continuation sheets attached

Subtotal -> (Total of this page)  $

Total -> (use only on last page)  $  18,971.99

(Report total also on Summary of Schedules)

Pearce 9

In re _____ Debtor(s)  Case No. _____ (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ Extensions of credit in an involuntary case
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ Wages, salaries, and commissions
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ Certain farmers and fishermen
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ Deposits by individuals
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | |
| (none) | | | | U | | ALL |
| ACCOUNT NO | | | | | | |
| | | | | U | | ALL |
| ACCOUNT NO | | | | | | |
| | | | | U | | ALL |
| ACCOUNT NO | | | | | | |
| | | | | U | | ALL |
| ACCOUNT NO | | | | | | |
| | | | | U | | ALL |
| | | | Subtotal -> (Total of this page) | | $ | |
| | | | Total -> (Use only on last page of the completed Schedule E.) (Report total also on Summary of Schedules) | | $ –0– | |

_____ Continuation sheets attached

In re: Ta Aqua Flex PEARCE and Timothy PEARCE          Debtor(s)          Case No.          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Cavalry Portfolio Services ***4164 PO Box 1030 Hawthorne, NY 10532 | | | deficiency balance 1997 Nissan Quest | U | $18,678.29 |
| Sir Finance Case No. 91 M1-154742 c/o Brian Glass, Atty. 6140 N. Lincoln Ave., #109 Chicago, IL 60659 | | | loan balance | U | 2,564.41 |
| Dept. of Veterans Affairs Veterans Canteen Service SSN ***1163 1 Jefferson Barracks Rd.Bldg.1 St. Louis, MO 63125-4194 | | | purchases | U | 510.60 |
| Dept. of Veterans Affairs ***8364 PO Box 530269 Atlanta, GA 30353-0269 | | | Edward Hines Jr. Hospital (578) | U | 1,088.15 |
| Chicago Dept. of Revenue ***4723 PO Box 88292 Chicago, IL 60680-1292 | | | parking violation | U | 100.00 |
| Arnold Scott Harris, Atty. Re Chgo.Dept.of Revenue 600 W. Jackson Blvd. #450 Chicago, IL 60661 | | | parking violations--notice purposes | U | |
| ComEd (***6003) Bill Payment Center Chicago, IL 60668-0001 | | | ***6003 - utility service | U | 651.52 |
| AT&T Wireless ***9676 PO Box 8220 Aurora, IL 60572-8220 | | | phone service | U | 218.62 |
| Loyola Univ. Medical Center ***2647 2160 S. First Ave. Maywood, IL 60153 | | | medical services | U | 250.00 |

_1_  Continuation Sheets attached.

Subtotal ▸  $ 22,061.59
(Total of this page)

Total ▸  $
(use only on last page of completed Schedule F.)
(Report total also on Summary of Schedules)

In re:  Ta Aqua Flex PEARCE and Timothy PEARCE          Debtor(s)      Case No.          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Emergency Med. Specialist II ***1634 900 Oakmont Lane, #200 Westmont, IL 60559 | | | physician's services at Bethany Hospital | | 263.00 |
| Payday Loan Store of IL Inc. ***0044 1900 W. Roosevelt Rd. Broadview, IL 60153 | | | cash loan | U | 1,085.27 |
| Payday Loan Store of IL Inc. ***0043 1900 W. Roosevelt Rd. Broadview, IL 60153 | | | cash loan | U | 635.80 |
| Americash Loans, LLC ***1585 1117 S. First Ave. Maywood, IL 60153 | | | cash loan | U | 594.86 |
| Illinois Lending Corp. 453 408 N. Wells St. Chicago, IL 60610 | | | cash loan | U | 743.57 |
| | | | | U | |
| | | | | U | |
| | | | | U | |
| | | | | U | |

Continuation Sheets attached.

Subtotal -> $ 3,322.50
(Total of this page)

Total -> $ 25,384.09
(use only on last page of completed Schedule F.)
(Report total also on Summary of Schedules)

Form B6G
(10/60)

Pearce

"G" & "H"

In re _____
Debtor

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | LEASEHOLD:<br><br>INSURANCE:<br><br>OTHER RENTALS: |

## SCHEDULE H · CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                           Debtor(s)          Case No.                (if Known)

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $140,000 | | |
| B - Personal Property | Yes | 1 | $32,300 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $18,97,99 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | -0- | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | | | $25,384.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | | | | |
| H - Codebtors | Yes | | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3830.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $2630.00 |
| Total Number of Sheets of All Schedules | | | | | |
| Total Assets | | | $172,300 | | |
| Total Liabilities | | | | $27,281.99 | |

# SCHEDULES I & J-- CURRENT MONTHLY INCOME AND EXPENSES

| DEBTOR | | SPOUSE |
|---|---|---|

**DEBTOR**
Occupation: portfolio mgmt.   How long: 27 yrs.
Employer: The Harris Bank
Address(employer):
111 W. Monroe Street
Chicago, Illinois.

**SPOUSE**

(dosabled permanently)

| Expense | Amount |
|---|---|
| Rent or home mortgage | $ 720 |
| Mortgage payment includes: | |
| x taxes  x insurance. | |
| Utilities: Electric & heat | $ 189 |
| Water & sewer | $ 45 |
| Telephone | $ 126 |
| Food | $ 450 |
| Clothing | $ 150 |
| Laundry: dry cleaning | $ 25 |
| Medical & dental | $ 100 |
| Transportation | $ 216 |
| Miscellaneous | $ |
| Insurance: | |
| Homeowner's-renter's | $ |
| Life | $ |
| Health | $ |
| Auto | $ 234 |
| Other | $ .. |
| Taxes | $ |
| Instalment payments not included in Plan: | |
| Auto | $ |
| Other  tuition | $ 350 |
| Alimony and/or child support | $ |
| Payment for add'l. dependent | $ |
| Business expenses | $ |
| Home maintenance/repairs | $ 25 |
| TOTAL  EXPENSES: .......... | $ 2630 |

| Income: | DEBTOR | SPOUSE |
|---|---|---|
| Gross wages& comm. | $ 5269.67 | $ |
| Estimated overtime | $ | $ |
| SUBTOTAL | $ 5269.67 | $ |
| PAYROLL DEDUCTIONS: | | |
| a. Taxes/Soc.Security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other | $ | $ |
| NET TAKE HOME PAY: | $ 3431.23 | $ |
| Regular income from business/profession | $ | $ |
| Real estate/rentals | $ | $ |
| Alimony/child suppot | $ | $ |
| Social security or Gov't. assistance | $ | $ |
| Disability | $ | $ |
| Pension/retirement (STOP 401(k) | $ | $ |
| Other monthly income | $ 398.74 | $ |
| TOTAL MONTHLY INCOME: | $ 3829.97 | $ |

TOTAL COMBINED
MONTHLY INCOME...... $ [        ]

(THIS IS A 100 % PAYMENT PLAN)

Debtor's Marital Status:

| DEPENDENTS | Age | Relationship |
|---|---|---|
| Taylor | 11 | daughter |
| TeSidra | 14 | daughter |

**TOTALS (Chapter 13 only)**

| | |
|---|---|
| A. Monthly income | $ 3830.00 |
| B. Monthly expenses | $ 2630.00 |
| C. Excess income | $ 1200.00 |
| D. Plan payment (Mo.) | $ 1200.00 |

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES BANKRUPTCY COURT

In re                                                      Debtor(s)        Case No.

## Pearce                          STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

**DEFINITIONS**

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

|  | DEBTOR |  | SPOUSE |
|---|---|---|---|
| 2003 | $ 69,000 |  | $ |
| 2002 | $ 69,000 |  | $ |
| | SINCE JAN 1 $42,157 | | SINCE JAN 1 $ |

☐ None  **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give AMOUNT and SOURCE (if more than one)

☒ None  **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give AMOUNT and SOURCE

Rental·
Social Security - Disability·
Un Empl. Comp.·
Contribution by family member·
Part-time job·
Alimony and child support

**3. Payments to Creditors**

☒ None  a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING

☒ None  b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING

**4. Suits, Executions, Garnishments and Attachments**

☒ None  a.  List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT AND LOCATION and STATUS OR DISPOSITION

☒ None  b.  Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year

immediately preceding the commencement of this          (Married
debtors filing under chapter 12 or chapter 13 must include informa-
tion concerning property of either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS
SEIZED. DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY

☒ None    5. Repossessions, Foreclosures, and Returns

List all property that has been repossessed by a creditor, sold at a
foreclosure sale, transferred through a deed in lieu of foreclosure
or returned to the seller, within one year immediately preceding the
commencement of this case. (Married debtors filing under chapter
12 or chapter 13 must include information concerning property of
either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSES-
SION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND
VALUE OF PROPERTY

6. Assignments and Receiverships

☒ None    a. Describe any assignment of property for the benefit
of creditors made within 120 days immediately preceding the com-
mencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include any assignment by either or both spouses
whether or not a joint petition is filed, unless the spouses are sepa-
rated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS
OF ASSIGNMENT OR SETTLEMENT

☒ None    b. List all property which has been in the hands of a
custodian, receiver, or court-appointed official within one year im-
mediately preceding the commencement of this case. (Married debt-
ors filing under chapter 12 or chapter 13 must include information
concerning property of either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint peti-
tion is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT,
CASE TITLE & NUMBER DATE OF ORDER and DESCRIPTION AND VALUE OF
PROPERTY

☒ None    7. Gifts

List all gifts or charitable contributions made within one year im-
mediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in value
per individual family member and charitable contributions aggregating
less than $100 per recipient. (Married debtors filing under chapter
12 or chapter 13 must include gifts or contributions by either or both
spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP
TO DEBTOR IF ANY DATE OF GIFT and DESCRIPTION AND VALUE OF GIFT

☒ None    8. Losses

List all losses from fire, theft, other casualty or gambling within
one year immediately preceding the commencement of this case or
since the commencement of this case. (Married debtors filing un-
der chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUM-
STANCES AND IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE,
GIVE PARTICULARS and DATE OF LOSS

☐ None    9. Payments Related to Debt Counseling or
Bankruptcy

List all payments made or property transferred by or on behalf of
the debtor to any persons, including attorneys, for consultation con-
cerning debt consolidation, relief under the bankruptcy law or prepa-
ration of a petition in bankruptcy within one year immediately
preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR
IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND
VALUE OF PROPERTY

☒ None    10. Other Transfers

List all other property, other than property transferred in the ordi-
nary course of the business or financial affairs of the debtor, trans-
ferred either absolutely or as security within one year immediately
preceding the commencement of this case. (Married debtors filing
under chapter 12 or chapter 13 must include transfers by either or
both spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR,
DATE and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED

I/we have consulted with    E. Paul Rustin, Ltd.    , Chgo.,
IL. 60602, during the year immediately preceding the filing of the original petition. However, I/we
have not paid any money or transferred any property to    E.Paul Rustin,Ltd.
except a retainer prior to filing, if any.

Details of fee and court costs are set forth in
Fee Application or Fee Statement filed herewith
or to be filed on or prior to date on which the
first meeting of creditors shall be held.

☒ None   11. Closed Financial Accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCTR. NT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

☒ None   12. Safe Deposit Boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY

☒ None   13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OA CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF

☒ None   14. Property Held for Another Person

List all property owned by another person that the debtor holds or controls.

Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY

☒ None   15. Prior Address of Debtor

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Give ADDRESS, NAME USED and DATES OF OCCUPANCY

16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None ☒ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☒ a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None ☒ b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                ADDRESS

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                         DATE ISSUED

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY       INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                   NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                 NATURE OF INTEREST          PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS              TITLE                NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME                       ADDRESS             DATE OF WITHDRAWAL

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE              DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR           DATE AND PURPOSE
OF WITHDRAWAL           AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

24. Tax Consolidation Group.

None ☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER

25. Pension Funds.

None ☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____9-2-04_____          Signature _____

                                            Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571