```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 33797
   TA AQUA F PEARCE
   TIMOTHY PEARCE                            CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6109     SSN XXX-XX-1163

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/13/2004 and was confirmed 12/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG         .00              .00             .00
CITIMORTGAGE               MORTGAGE ARRE     1254.08              .00         1254.08
TRANSOUTH FINANCIAL        SECURED          13526.16          4004.31        13526.16
CAVALRY INVESTMENTS        UNSECURED        16862.37              .00        16862.37
SIR FINANCE CORP           UNSECURED         2651.63              .00         2651.63
DEPT OF VETERANS AFFAIRS   UNSECURED          246.00              .00          246.00
DEPT OF VETERANS AFFAIRS   UNSECURED        NOT FILED             .00             .00
ILLINOIS DEPT OD REVENUE   UNSECURED        NOT FILED             .00             .00
CITY OF CHICAGO PARKING    UNSECURED          320.00              .00          320.00
COMMONWEALTH EDISON        UNSECURED          575.30              .00          575.30
AT & T WIRELESS            UNSECURED        NOT FILED             .00             .00
LOYOLA UNIVERSITY MEDICA   UNSECURED        NOT FILED             .00             .00
EVERGREEN MEDICAL SPECIA   UNSECURED        NOT FILED             .00             .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED             .00             .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED             .00             .00
AMERICASH LOANS LLC        UNSECURED        NOT FILED             .00             .00
ILLINOIS LENDING PAY COR   UNSECURED        NOT FILED             .00             .00
NICOR GAS                  UNSECURED          200.18              .00          200.18
TRANSOUTH FINANCIAL        UNSECURED          855.85              .00          855.85
E PAUL RUSTIN LTD          DEBTOR ATTY      1,694.00                         1,694.00
TOM VAUGHN                 TRUSTEE                                           2,678.63
DEBTOR REFUND              REFUND                                               66.14

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              44,934.65

PRIORITY                                      .00
SECURED                                 14,780.24
   INTEREST                              4,004.31

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 33797 TA AQUA F PEARCE & TIMOTHY PEARCE
```

```
UNSECURED                                              21,711.33
ADMINISTRATIVE                                          1,694.00
TRUSTEE COMPENSATION                                    2,678.63
DEBTOR REFUND                                              66.14
                              ----------------   ----------------
TOTALS                               44,934.65          44,934.65
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 03/05/09                 _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```